MORENO & RIVERA, LLP
1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884

Attorneys for Defendants
County of Sacramento, Sacramento County Sheriff's Department, Rio Cosumnes Correctional Center

**IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR THE COUNTY OF SACRAMENTO**

| | |
|---|---|
| TEERDADE AZARI,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN R. RAAB; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; RIO CONSUMNES CORRECTIONAL CENTER; STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS; DUEUL VOCATIONAL INSTITUTE; MICHAEL D. FOX, M.D., individually and in his capacity as CHIEF PHYSICIAN AND SURGEON AT DEUEL VOCATIONAL INSTITUTE; and DOES 1 TO 50, inclusive,<br><br>        Defendants. | CASE NO.:   2:10-cv-1007 FCD KJN<br><br>**STIPULATION AND ORDER OF PARTIES TO REMAND CASE BACK TO STATE COURT** |

COUNSEL JESSE M. RIVERA, on behalf of Defendants County of Sacramento, and Plaintiff's counsel R. Ellis Harper, along with the concurrence of counsel Grant Lien, Deputy Attorney General for the State of California, hereby concur and stipulate that the Court remand the above entitled action to the State Court and remand the case specifically to the Sacramento County Superior Court where it had been originally filed.

///

1    The parties hereby concur that it would be proper and expedient to have this matter remanded to State court for full resolution of all the issues.

It is hereby so agreed by all counsel on behalf of all defendants that this matter may be remanded to Sacramento County Superior Court for all purposes and that the federal matter be dismissed.

It is hereby so stipulated.

Dated: July 7, 2010

        /s/ Jesse M. Rivera
JESSE M. RIVERA
Attorney Defendant

Dated: July 7, 2010

        /s/ R. Ellis Harper
R. ELLIS HARPER
Attorney for Plaintiff

Dated: July 7, 2010

        /s/ Grant Lien
GRANT LIEN
Attorney for Defendant State of California

## **ORDER**

GOOD CAUSE HEREBY APPEARING, IT IS HEREBY ORDERED THAT Case number 2:10-CV-1007 be remanded to the Sacramento County Superior Court per stipulation of counsel.

It is hereby ordered that the remand shall be done forthwith and that this matter be dismissed in full.

It is hereby so ordered.

Dated: July 8, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE